**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 4, 2026

Hon. Loretta A. Preska
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Joan Toribio-Tavarez,
25 Cr. 416 (LAP)

Your Honor,

I am unable to appear at the January 6, 2026 conference due to a death in my family, but Benjamin Silverman, Esq., who represents a co-defendant has agreed to stand in for me. I ask that the Court permit Mr. Silverman to appear at the conference for Mr. Toribio-Tavarez.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

*Loretta A Preska*

HON. LORETTA A. PRESKA

1/5/26